J. Edward Kerley (175695)
Dylan L. Schaffer (153612)
**Kerley Schaffer LLP**
1939 Harrison Street, #500
Oakland, California 94612
Telephone: (510) 379-5801
Facsimile: (510) 228-0350

Attorneys for Plaintiffs

[STAMP: GRANTED — Judge Thomas S. Hixson — United States District Court, Northern District of California]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NALINI KUMAR**, an individual, **ALLEN SINGH**, an individual,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>**NATIONWIDE MUTUAL INSURANCE COMPANY,** a corporation, and **Does 1-10**,<br><br>　　　　　　　　　　Defendants. | Case No. 3:21-cv-04479-TSH<br><br>**REQUEST FOR DISMISSAL OF ALL CAUSES OF ACTION WITHOUT PREJUDICE**<br><br>Date Filed:　　March 24, 2021<br>Trial Date:　　T.B.D. |

1  Plaintiffs hereby request immediate dismissal of all causes of actions and defendants without prejudice.

Date: December 16, 2021          Kerley Schaffer LLP

_____
Dylan L. Schaffer
Attorneys for Plaintiffs

# PROOF OF SERVICE
*Kumar, et al. v. Nationwide Mutual Insurance Company, et al.*
United States District Court Northern District of California
Case No. 3:21-cv-04479-TSH

I declare that I am over the age of 18 years and not a party to this action. My business address is 1939 Harrison Street, #900, Oakland, CA 94612. On December 16, 2021, I served the following on the interested parties in this action:

**REQUEST FOR DISMISSAL OF ALL CAUSES OF ACTION.**

> SONIA MARTIN
> MENGMENG ZHANG
> **DENTONS US LLP**
> One Market Plaza, Spear Tower, 24th Floor
> San Francisco, CA 94105
> Telephone: (415) 267-4000
> Facsimile: (415) 267-4198
> E-mail: sonia.martin@dentons.com
> mengmeng.zhang@dentons.com
> *Attorneys for Defendant Nationwide Mutual Insurance Company*

- ☐ **MAIL:** By placing such documents(s) in a sealed envelope, with postage prepaid for first class mail, for collection and mailing at Oakland California following ordinary business practice for deposit with United States Postal Service.
- ☐ **FAX**: By causing to be transmitted the documents by use of fax machine telephone number (510)228-0350 to the parties at the facsimile numbers listed on the service list above. The fax machine used complies with California Rule of Court 2.301. The transmission was reported as complete and no error was reported by the machine. I caused the transmitting machine to print a record of the transmission, a copy of which is attached to this declaration.
- ☐ **E-MAIL**: By electronic mail to the addresses noted above.
- ☒ **PACER**: By PACER when sent to the court for filing.
- ☐ **FEDEX:** By placing for overnight delivery such documents(s) in a facility or box that is regularly maintained by FedEx.
- ☐ **HAND DELIVERY:** Caused to be hand delivered.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true, and if called as a witness I could testify competently thereto. This declaration was executed December 16, 2021, at Oakland, California.

_____
Tiffany Chang